UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-63137-CIV-WILLIAMS/VALLE

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

FIRST WAY STORAGE MCNAB, LLC,
a Florida Limited Liability Company

    Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff HOWARD MICHAEL CAPLAN files his dismissal with prejudice of this action against Defendant, FIRST WAY STORAGE MCNAB, LLC, to which Defendant stipulates.

    Plaintiff and Defendant stipulate further to retention of jurisdiction by the Court, for a period of one year, to enforce the terms of the Stipulation of Settlement filed by the parties as an exhibit to this Stipulation of Dismissal with Prejudice.

Dated:  January 24, 2020

| | |
|---|---|
| s/ *Linda J. Ehrlich* | s/ *Ronald E. Stern* |
| Linda J. Ehrlich, Esq. | Ronald E. Stern, Esq. |
| Fla. Bar No.  318604 | Fla. Bar No. 10089 |
| E-mail: orechetdin@aol.com | E-mail: ronsternlaw@gmail.com |
| Linda J. Ehrlich, P.A. | The Advocacy Law Firm, P.A. |
| 7000 W. Palmetto Park RD, Ste. 210 | 1250 E. Hallandale Beach Blvd., Ste. 503 |
| Boca Raton, FL   33433 | Hallandale Beach, FL   33009 |
| Tel.: 561-221-6931/Fax: 561-392-9573 | Tel.: 954-639-7016/Fax: 954-639-7198 |
| Attorney for Defendant | Attorney for Plaintiff |